UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00838-KES-BAM<br><br>**ORDER TO SHOW CAUSE RE ATTORNEY TANIA ROSE**<br><br>FOURTEEN (14) DAY DEADLINE |

　　　Plaintiff Ray Rodriguez, through counsel identified as Tania Rose (SBN 151514), initiated this action in Tulare County Superior Court on June 20, 2024. (Doc. 2-1.) On July 19, 2024, Defendant Saputo Cheese USA, Inc. removed the action to this Court based on diversity jurisdiction. (Doc. 2.)

　　　Currently, Plaintiff's counsel, Tania Rose (SBN 151514), is not eligible to practice law in California. *See* The State Bar *of California*, Attorney Profile, Tania Beth Rose #151514, *available at* https://apps.calbar.ca.gov/attorney/Licensee/Detail/151514 (last visited July 22, 2024).[1]

　　　Local Rule 180 governs admission of attorneys to practice before this Court. "Admission

---

[1] This Court takes judicial notice of the publicly available licensing records on the State Bar of California website. *See*, *e.g.*, *Gonzalez-Chavez v. City of Bakersfield*, No.1:12-cv-02053 JLT, 2016 WL 2898132, at *1 (E.D. Cal. May 17, 2016) (taking judicial notice of attorney records, including disciplinary records, on California State Bar website).

1

to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California." L.R. 180(a)  Local Rule 180(b) further provides, subject to exceptions not applicable here, that only members of the Bar of this Court shall practice in this Court.  L.R. 180(b).

Pursuant to Local Rule 180(d),

> The Court may order any person who practices before it in violation of this Rule to pay an appropriate penalty that the Clerk shall credit to the Court's Nonappropriated Fund.  Payment of such sum shall be an additional condition of admission or reinstatement to the Bar of this Court.

L.R. 180(d).  Local Rule 110 further provides that counsel's failure to comply with the Local Rules or with any order of the Court may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.  L.R. 110.

Accordingly, Tania Rose is HEREBY ORDERED to SHOW CAUSE why she may be permitted to practice law before this Court and/or why sanctions should not be imposed for failure to comply with the Local Rules and for the unauthorized practice of law before this Court.  Ms. Rose shall file a written response to this order to show cause within **fourteen (14) days of service of this order**.  Ms. Rose may comply with this order by demonstrating that she may practice in this Court consistent with Local Rule 180.

Failure to respond to this Order may result in the imposition of sanctions, including but not limited to payment of an appropriate penalty.

IT IS SO ORDERED.

Dated:   **July 22, 2024**            /s/ Barbara A. McAuliffe          
                                    UNITED STATES MAGISTRATE JUDGE