UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RODRIGUEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>SAPUTO CHEESE USA, INC.,<br><br>         Defendant. | Case No.  1:24-cv-00838-KES-BAM<br><br>**ORDER DISCHARING ORDER TO SHOW CAUSE RE ATTORNEY TANIA ROSE** |

On July 22, 2024, the Court issued an Order to Show Cause regarding Attorney Tania Rose.  (Doc. 5.)  In the Order to Show Cause, the Court noted that the Plaintiff's counsel Tania Rose was apparently not eligible to practice law in California.  (*Id.* at 1.)  The Court ordered Ms. Rose to show cause why she may be permitted to practice law before the Court and/or why sanctions should not be imposed for failure to comply with Local Rules 180 and 110, noting that Ms. Rose could comply with the order by demonstrating that she may practice in the Court consistent with Local Rule 180.  (*Id.* at 2.)  Local Rule 180 governs admission of attorneys to practice before this Court and provides that "Admission to and continuing membership in the Bar of this Court are limited to attorneys who are active members in good standing of the State Bar of California."  L.R. 180(a).

Ms. Rose filed a response to the Order to Show Cause on August 5, 2024, noting that she had not realized that she had become ineligible to practice law because of her noncompliance

1

with California State Bar Client Trust Account Protection Program ("CTAPP") requirements. (Doc. 7 at 1-2). Ms. Rose stated that upon realizing that she was listed as ineligible to practice law, she worked with the California State Bar to comply with the CTAPP requirements and has since been listed as active on the California State Bar website. *Id.*

The Court has verified that Ms. Rose (SBN 151514), is now listed as having an active license status in California. *See* The State Bar *of California*, Attorney Profile, Tania Beth Rose #151514, *available at* https://apps.calbar.ca.gov/attorney/Licensee/Detail/151514 (last visited August 6, 2024).[1] As Ms. Rose is listed as an active member in good standing of the State Bar of California, she is now compliant with Local Rule 180. Considering the website and counsel's response, the Order to Show Cause issued on July 22, 2024 (Doc. 5), is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 6, 2024**          /s/ Barbara A. McAuliffe          
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This Court takes judicial notice of the publicly available licensing records on the State Bar of California website. *See*, *e.g.*, *Gonzalez-Chavez v. City of Bakersfield*, No.1:12-cv-02053 JLT, 2016 WL 2898132, at *1 (E.D. Cal. May 17, 2016) (taking judicial notice of attorney records, including disciplinary records, on California State Bar website).

2