| | |
|---|---|
| 1 | **TANIA ROSE 151514** |
| | **ROSE COUNSEL** |
| 2 | 2014 Virginia Street |
| | Berkeley, California 94709 |
| 3 | Telephone:     (510) 435.0250 |
| 4 | Attorneys for Plaintiff |
| | RAY RODRIGUEZ |
| 5 | |
| | **S. BRETT SUTTON 143107** |
| 6 | **JARED HAGUE 251517** |
| | **SUTTON HAGUE LAW CORPORATION, P.C.** |
| 7 | 5200 N. Palm Avenue, Suite 203 |
| | Fresno, California 93704 |
| 8 | Telephone:     (559) 325-0500 |
| | Facsimile:     (559) 981-1217 |
| 9 | |
| | Attorneys for Defendant |
| 10 | SAPUTO CHEESE USA INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \*

| | |
|---|---|
| RAY RODRIGUEZ, | Case No. 1:24-cv-00838-KES-BAM |
| Plaintiff, | |
| vs. | **PLAINTIFF AND DEFENDANT'S STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE; [PROPOSED ORDER]** |
| SAPUTO CHEESE USA, INC., and DOES 1 – 10, | |
| Defendants. | |
| | Complaint Filed:   June 20, 2024 |
| | Removal Date:     July 19, 2024 |
| | Trial Date:       January 26, 2027 |

Plaintiff Ray Rodriguez and Defendant Saputo Cheese USA, Inc. (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery cut-off. Good cause exists for a short extension.

1 WHEREAS, the discovery in this case is ordered to be completed no later than December 12, 2025
2 (*see* ECF No. 13);
3 WHEREAS Plaintiff wishes to depose several of Defendants' agents and a Person Most Qualified
4 whom he has not yet made been able to depose;
5 WHEREAS the Parties are in the process of meeting and conferring about prospective dates for the remaining depositions Plaintiff wishes to take;
6
7 WHEREAS, the Parties' stipulated extension of the Non-expert Discovery Cutoff will not necessitate the extension of any other dates in the Court's Scheduling Order at ECF No. 13,
8 including the trial date, and therefore will not delay the ultimate resolution of this case;
9
10 JOINT STIPULATION
11 By this Joint stipulation, Parties agree to the following:
12    1. The Parties agree to extend the Non-expert Discovery Cut-Off to February 15, 2026.
13    2. No Party will suffer prejudice as a result of the aforementioned extension in view of the trial date set for early 2027.
14
15    3. All parties have stipulated to the joint extension.
16    4. The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Stipulation.
17
IT IS SO STIPULATED.
18
DATED:  November 18, 2025          ROSECOUNSEL
19
20                                   /s/ Tania Rose_____
                                    TANIA ROSE
21                                  Attorneys for Plaintiff
                                    RAY RODRIGUEZ
22
23 DATED:  November 18, 2025          SUTTON HAGUE LAW CORPORATION, P.C.

24                                   /s/ Brady Briggs_____
                                    BRETT SUTTON
25                                  JARED HAGUE
                                    BRADY BRIGGS
26                                  Attorneys for Defendant
                                    SAPUTO CHEESE USA, INC.
27

28

November 18, 2025                                                                                    2

**ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

1. The Non-expert Discovery Cut-Off, currently set for December 12, 2025, is extended to February 15, 2026.

2. Any further request for an extension of time must be supported by good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:   **November 19, 2025**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE