**TANIA ROSE 151514**
**ROSE COUNSEL**
2014 Virginia Street
Berkeley, California 94709
Telephone:     (510) 435.0250

Attorneys for Plaintiff
RAY RODRIGUEZ

**S. BRETT SUTTON 143107**
**JARED HAGUE 251517**
**BRADY BRIGGS 310934**
**SUTTON HAGUE LAW CORPORATION, P.C.**
5250 N. Palm Avenue, Suite 222
Fresno, California 93704
Telephone:     (559) 325-0500
Facsimile:     (559) 981-1217

Attorneys for Defendant
SAPUTO CHEESE USA INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| RAY RODRIGUEZ,<br><br>              Plaintiff,<br><br>     vs.<br><br>SAPUTO CHEESE USA, INC., and DOES 1 – 10,<br><br>              Defendants. | Case No. 1:24-cv-00838-KES-FRS (EPG)<br><br>**PLAINTIFF AND DEFENDANT'S STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE; [ORDER]**<br><br><br><br>Complaint Filed:     June 20, 2024<br>Removal Date:        July 19, 2024<br>Trial Date:             January 26, 2027 |

Plaintiff Ray Rodriguez and Defendant Saputo Cheese USA, Inc. (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery cut-off. Good cause exists for a short extension.

WHEREAS, the discovery in this case is ordered to be completed no later than February 15, 2026, (*see* ECF No. 19);

WHEREAS Plaintiff wishes to depose several of Defendants' agents and a Person Most Qualified whom he has not yet made been able to depose;

WHEREAS the Parties are in the process of meeting and conferring about prospective dates for the remaining depositions Plaintiff wishes to take;

WHEREAS, the Parties' stipulated extension of the Non-expert Discovery Cutoff will not necessitate the extension of any other dates in the Court's Scheduling Order at ECF No. 19, including the trial date, and therefore will not delay the ultimate resolution of this case;

## JOINT STIPULATION

By this Joint stipulation, Parties agree to the following:

1. The Parties agree to extend the Non-expert Discovery Cut-Off to April 15, 2026.

2. No Party will suffer prejudice as a result of the aforementioned extension in view of the trial date set for early 2027.

3. All parties have stipulated to the joint extension.

4. The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Stipulation.

IT IS SO STIPULATED.

DATED:  February 2, 2026          ROSECOUNSEL

/s/ Tania Rose
TANIA ROSE
Attorneys for Plaintiff
RAY RODRIGUEZ


DATED:  February 3, 2026          SUTTON HAGUE LAW CORPORATION, P.C.

/s/ Brady Briggs
BRADY BRIGGS
Attorneys for Defendant
SAPUTO CHEESE USA, INC.

2

## **ORDER**

Pursuant to the parties' Stipulation (ECF No. 21), and good cause appearing, the Court ORDERS the following:

1.  The Non-expert Discovery Cut-Off  is extended to **April 15, 2026**;

2.  No other deadlines in the Court's Scheduling Order (ECF No. 13) are extended; and

3.  Any further request for an extension of time must be supported by good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:    **February 4, 2026**              /s/ ~~Errin  P.  Grosj~~

                                           UNITED STATES MAGISTRATE JUDGE