UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RODRIGUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>SAPUTO CHEESE USA, INC., and DOES 1 – 10,<br><br>            Defendants. | Case No.  1:24-CV-00838-KES-FJS<br><br>**ORDER SETTING STATUS CONFERENCE TO DISCUSS THIRD JOINT STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>(ECF No. 24) |

The Court is in receipt of the stipulation of Plaintiff Ray Rodriguez and Defendant Saputo Cheese USA, Inc. (collectively, the "Parties") to extend the non-expert discovery cut-off to June 15, 2026.  (ECF No. 24.)  Having considered the stipulation, and after coordinating schedules with the parties, the Court HEREBY sets a status conference for April 10, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall appear at the conference telephonically. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.  The parties should be prepared to discuss what discovery remains to be conducted, the reason for any delays, and whether the proposed extension of the non-expert discovery cut-off will affect the upcoming April 17, 2026, dispositive pre-trial motion filing deadline.

IT IS SO ORDERED.

    Dated:   **April 9, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE