UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RODRIGUEZ, | Case No.  1:24-cv-00838-KES-FJS |
| Plaintiff, | ORDER DENYING STIPULATION TO EXTEND NON-FACT DISCOVERY CUTOFF WITHOUT PREJUDICE, ORDERING AMENDED STIPULATION, AND SETTING STATUS CONFERENCE |
| v. | |
| SAPUTO CHEESE USA, INC., et al., | |
| Defendants. | (ECF No. 24) |
| | <u>APRIL 15 DEADLINE</u> |

The Court is in receipt of the stipulation of Plaintiff Ray Rodriguez and Defendant Saputo Cheese USA, Inc. (collectively, the "Parties") to extend the non-expert discovery cut-off from April 15, 2026, to June 15, 2026.  (ECF Nos. 22, 24.) On April 10, 2026, the Court convened a status conference to discuss the stipulation. That conference revealed that there were six depositions that the parties agreed should proceed after the discovery deadline. That conference further revealed that the parties did not have a mutual understanding as to whether the proposed stipulation would involve the propounding of additional written discovery. After discussion with the parties, it was decided that the parties would meet and confer.

Because the parties did not have a mutual understanding of the impact of their proposed stipulation (ECF No. 24), that stipulation is DENIED without prejudice. To the extent that the

1

parties agree to the six depositions mentioned at the hearing, they may proceed without leave of court. Fed. R. Civ. P. 30(a)(2)(A).

A further status conference is HEREBY set for June 22, 2026, at 9:30 AM before Magistrate Judge Frank J. Singer to discuss readiness for the September 21, 2026, pre-trial conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 14, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2